ATTORNEY GRIEVANCE COMMISSION     \*    IN THE
OF MARYLAND     \*    COURT OF APPEALS
    \*    OF MARYLAND

   Petitioner     \*

    \*    Misc. Docket AG

v.     \*

    \*    No. __80__

ANDRE P. BARBER     \*

    \*    September Term, 2015

   Respondent     \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

This matter having come before the Court upon the filing of a Petition for Disciplinary or Remedial Action pursuant to Maryland Rule 16-773(b), with attached certified copy of an Order issued October 8, 2015, by the District of Columbia Court of Appeals (Attachment A), wherein the District of Columbia Court of Appeals disbarred Respondent from the practice of law; and it appearing that said Andre P. Barber is admitted to the Bar of this Court;

NOW, THEREFORE, it is this ___19th___ day of _____May_____, 2016,

ORDERED, by the Court of Appeals of Maryland, pursuant to Maryland Rule 16-773(d), that Andre P. Barber, Respondent, be, and he hereby is, suspended, effective immediately, from the practice of law in this State, pending further order of this Court; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Andre P. Barber from the register of attorneys in this Court and shall certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and the Clerks of all courts in this State in accordance with Maryland Rule 16-760(e).

_/s/ Mary Ellen Barbera_
Chief Judge